IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

BLUE TEE CORP. and GOLD FIELDS )
MINING, LLC.,                                                  )
                                                                           )
    Plaintiffs,                                              )
                                                                           )   Case No. 3:13-cv-830-DRH-DGW
v.                                                                      )
                                                                           )
XTRA INTERMODAL, INC., et al.,                  )
                                                                           )
    Defendants.                                          )

**ORDER**

**WILKERSON, Magistrate Judge:**

Now pending before the Court is the Joint Motion to Amend/Correct the Scheduling Order filed by the parties on April 30, 2014 (ECF 73). The Motion is **GRANTED**.

The following scheduling shall govern this action:

1. Initial Disclosures shall be/have been exchanged by January 6, 2014.

2. Initial interrogatories and requests to produce pursuant to Federal Rules of Civil Procedure 33 and 34 shall be/have been served on opposing parties by January 24, 2014.

3. Motions to amend the pleadings, including the commencement of a third party action, shall be filed by February 28, 2014.

4. Depositions of the Plaintiffs and the Defendants shall be taken by July 2, 2014.

5. Expert witnesses shall be disclosed along with a written report prepared and signed by the witness pursuant to Federal Rule of Civil Procedure 26(a)(2) as follows:

        Plaintiffs' expert(s):        September 5, 2014
        Defendants' expert(s):       November 5, 2014
        Rebuttal/Third Party expert(s):   January 9, 2015

Depositions of expert witnesses must be taken by:

        Plaintiffs' expert(s):        October 15, 2014
        Defendants' expert(s):        December 17, 2014
        Rebuttal/Third Party expert(s):        February 13, 2015

6. Discovery shall be completed by February 13, 2015. Any written interrogatories or requests for production served after the date of the Scheduling and Discovery Order shall be served by a date that allows the served parties the full **30 days** as provided by the Federal Rules of Civil Procedure in which to answer or produce by the discovery cut-off date.

7. All dispositive motions shall be filed by March 6, 2015. Dispositive motions filed after this date will not be considered by the Court.

8. The Settlement Conference is **RESET** to **July 16, 2014** at **9:00 a.m.** Parties are reminded to follow the instructions set forth in the Order and Notice of Settlement Conference (ECF 60).

9. The presumptive trial month is **RESET** to **July, 2015**. A final pretrial conference will be set by the trial judge.

**IT IS SO ORDERED.**

**DATED: May 9, 2014**

        **DONALD G. WILKERSON**
        **United States Magistrate Judge**

2